927 F.2d 596
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Anthony J. RANKINE, Akp-nyf-gsk, and in the name of the
U.S. Congress, and in the name of all aliens in a
similar situation as Rankine, Plaintiff-Appellant,
v.
David L. MILHOLLAN, Individual and Officer, Mary M. Dunne,
Individual and Officer, Michael J. Heilman, Individual and
Officer, Charles E. Auslander, Individual and Officer,
Rebecca H. Thompson, Individual and Officer, Robert
Godshall, Individual and Officer, Jesse M. Sellers,
Individual and Officer, Deanna Rodriquez, Individual and
Officer, Douglas Bow, Individual and Officer, Florence
Jones, Individual and Officer, Unnamed Minions Number 1 To
50, as Individuals and Officers, Attorney General of the
United States, in the capacity of an officer vested by
Congress as caretaker of Title 8 and similar laws, Unnamed
Policy Officers of the Department of Justice, (in like
capacities as the Attorney General), the United States
Department of Justice, and Executive Office of Immigration
Review & Immigration and Naturalization Service, (in the
capacity of an execcutive agency, the custodial agency of
INS records, as well as caretaker agency of Title 8 and all
other laws and treaties, aiding or promoting the rights of
persons), defendants, for damages, United States of America,
defendant for declaratory and injunctive relief, Defendants-Appellees.
 No. 90-2233.
 United States Court of Appeals, Fourth Circuit.
 Submitted Feb. 4, 1991.
Decided Feb. 25, 1991.
 
 Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Richard L. Voorhees, District Judge. (CA-90-22-ST-C-V)
 Anthony J. Rankine, appellant pro se.
 Clifford Carson Marshall, Jr., Office of the United States Attorney, Asheville, N.C., for appellees.
 W.D.N.C.
 DISMISSED.
 Before DONALD RUSSELL, SPROUSE and NIEMEYER, Circuit Judges.
 PER CURIAM:
 
 
 1
 Judgemnt in this action was entered on November 1, 1990. On November 9, plaintiff/appellant Anthony J. Rankine filed a motion for reconsideration pursuant to Fed.R.Civ.P. 59. Before the district court acted on the Rule 59 motion, Rankine filed a notice of appeal on November 27. Because a notice of appeal filed before a district court decides a timely Rule 59 motion has no effect, we are without jurisdiction to consider the appeal. Fed.R.App.P. 4(a)(4). Griggs v. Provident Consumer Discount Co., 459 U.S. 56 (1982).
 
 
 2
 We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not significantly aid the decisional process.
 
 
 3
 DISMISSED.